Full opinion will be published later. Watch **Omnibus Index.**

**AMBROSE v RUGG, et**

Ohio Supreme Court
No 22752. Decided March 25, 1931

Marshall, C.J., Jones, Day, Allen, Kinkade and Robinson, JJ., concur.

Full opinion will be published later. Watch **Omnibus Index.**